■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BUSTER McRAY, Also Known as BUSTER McCRAY, Appellant.—Judgment of conviction after plea of guilty, Supreme Court, New York County, rendered June 2, 1978, reversed, on the law, the plea vacated, and the indictment dismissed. Except for a meaningless single added detail, i.e., purchase of a paper bag immediately prior to a transfer of glassine envelopes, the facts in this case are virturally identical to those found in *People v Hester* (71 AD2d 121, q.v.). Accordingly, the motion to suppress should have been granted. Concur—Murphy, P. J., Birns and Markewich, JJ. Bloom, J., concurs on constraint of *People v Hester* (71 AD2d 121).